UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                               §
                                     §
Romag, Brandi L.                     §      Case No. 12-00815
                                     §
            Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          CLERK OF THE U.S. BANKR. CT
          219 S. DEARBORN STREET
          7TH FLOOR
          CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/04/2012 in Courtroom 680,
          United States Courthouse
          219 S. Dearborn Street
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/13/2012          By: /s/ Andrew J. Maxwell
                                                            Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
Romag, Brandi L. § Case No. 12-00815
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,715.06 |
| and approved disbursements of | $ | 6.18 |
| leaving a balance on hand of[1] | $ | 4,708.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,178.77 | $ 0.00 | $ 878.36 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 5,124.50 | $ 0.00 | $ 3,818.49 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 16.15 | $ 0.00 | $ 12.03 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,708.88 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,157.61 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 10,274.07 | $ 0.00 | $ 0.00 |
| 000002 | Citibank, N.A. | $ 7,612.77 | $ 0.00 | $ 0.00 |
| 000003 | Citibank, N.A. | $ 16,235.18 | $ 0.00 | $ 0.00 |
| 000004 | Capital One Bank (USA), N.A. | $ 5,332.27 | $ 0.00 | $ 0.00 |
| 000005 | FIA CARD SERVICES, N.A. | $ 5,021.27 | $ 0.00 | $ 0.00 |
| 000006 | Village of Mount Prospect | $ 82.71 | $ 0.00 | $ 0.00 |
| 000007 | BMW Financial Services NA, LLC | $ 6,763.29 | $ 0.00 | $ 0.00 |
| 000008 | Portfolio Recovery Associates, LLC | $ 836.05 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Becket and Lee LLP | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Brandi L. Romag  
    Debtor

Case No. 12-00815-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 3     Date Rcvd: Sep 13, 2012  
                    Form ID: pdf006      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2012.

```
db          +Brandi L. Romag,    204 N. MacArthur Blvd.,    Mount Prospect, IL 60056-2312
18351754    +BMW Bank of North America,    Ascension Capital Group, Inc,    P.O. Box 201347,
             Arlington, TX 76006-1347
19052838    +BMW Financial Services NA, LLC,    P.O. Box 201347,    Arlington, TX 76006-1347
18351752    +Bank of America,    PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,
             Chicago, Illinois 60602-4373
18351755     Capital One,    POB 6492,    Carol Stream, IL 60197-6492
18910691     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19248644     Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18351756     Citi Cards,    POB 660370,    Dallas, TX 75266-0370
18351758    +Daniel A. Romag,    204 N. MacArthur Blvd.,    Mount Prospect, IL 60056-2312
18937901     FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
19094410   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
            (address filed with court:   Portfolio Recovery Associates, LLC,
             US Bank Nat'l Assoc. ND (Harley-Davidson,    Visa Card) by PRA Receivables Mgmt, LLC,
             P.O. Box 41067,    Norfolk, VA 23541)
19039066    +Village of Mount Prospect,    Attn: Customer Service Supervisor,    50 S. Emerson St.,
             Mount Prospect,IL 60056-3266
18499048     Village of Mt.Prospect,    Po Box 4297,    Carol Stream,IL 60197-4297
18351762     Visa,    POB 4521,    Carol Stream, IL 60197-4521
18351763     Wells Fargo Home Mortgage,    POB 5296,    Carol Stream, IL 60197-5296
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18723097    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Sep 14 2012 03:37:54
             BMW Financial Services NA, LLC,    c/o Ascension Capital Group,    P.O. Box 201347,
             Arlington, TX 76006-1347
18868335     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2012 03:27:35     Citibank, N.A.,
             c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
18351757    +E-mail/Text: legalcollections@comed.com Sep 14 2012 00:29:40     Commonwealth Edison & Co.,
             System Credit/Bank. Dept.,    2100 Swift Drive,    Oak Brook, IL 60523-1559
18351759     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2012 03:19:29     Discover,    POB 6103,
             Carol Stream, IL 60197-6103
18818293     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 14 2012 03:19:29     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
18351760     E-mail/Text: bnckohlsnotices@becket-lee.com Sep 14 2012 00:27:07     Kohl's,
             Bill Payment Center,    POB 2983,    Milwaukee, WI 53201-2983
18351761    +E-mail/Text: bankrup@nicor.com Sep 14 2012 00:26:17     NICOR - Northern IL Gas Co.,
             Attn:  Bank. & Collections,    POB 549,    Aurora, IL 60507-0549
                                                                                              TOTAL: 7
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
18351753*   +Bank of America,    PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,
             Chicago, Illinois 60602-4373
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
 District/off: 0752-1          User: adragonet              Page 2 of 3                   Date Rcvd: Sep 13, 2012
                               Form ID: pdf006             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2012**                              **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: adragonet            Page 3 of 3            Date Rcvd: Sep 13, 2012
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2012 at the address(es) listed below:

        Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com,
         trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Andrew J Maxwell    maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
        Andrew J Nelson    on behalf of Creditor  BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP. anelson@atty-pierce.com,
         northerndistrict@atty-pierce.com
        Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com,
         preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
         naelipas@maxwellandpotts.com
        Jennifer M Rinn    on behalf of Creditor  BMW Financial Services NA, LLC JenniferR@kropik.net
        Nicole A Elipas    on behalf of Trustee Andrew Maxwell naelipas@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Roy  Safanda, Esq    on behalf of Debtor Brandi Romag rsafanda@xnet.com

                                                                                                                            TOTAL: 8