# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § § | |
| Romag, Brandi L. | § | Case No. 12-00815 |
| | § § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Commonwealth Edison & Co. System Credit/Bank. Dept. 2100 Swift Drive Oak Brook, IL 60523 | | | | | |
| | Kohl's Bill Payment Center POB 2983 Milwaukee, WI 53201-2983 | | | | | |
| | NICOR - Northern IL Gas Co. Attn: Bank. & Collections POB 549 Aurora, IL 60507 | | | | | |
| 000007 | BMW FINANCIAL SERVICES NA, LLC | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CITIBANK, N.A. | | | | | |
| 000003 | CITIBANK, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | VILLAGE OF MOUNT PROSPECT | | | | | |
| 000009 | CAPITAL ONE, N.A> | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-00815 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | Romag, Brandi L. | | | Date Filed (f) or Converted (c): | 01/11/12 (f) |
| | | | | 341(a) Meeting Date: | 02/15/12 |
| For Period Ending: | 11/30/12 | | | Claims Bar Date: | 07/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence 204 McArthur Blvd. Mt. Pro | 350,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Single-family residence 2005 N. Elm St. Mt. Prospe | 130,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking, Northview Bank & Trust, Northfield, IL | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Ordinary contents of 4 bedroom home | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. One Adult | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Wedding band | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Glock 19, 9 mm | 200.00 | 0.00 | | 0.00 | 0.00 |
| 8. Term only | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9. ICMA | 25,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. Pension | 0.00 | Unknown | | 0.00 | Unknown |
| 11. 2009 BMW 328XI | 26,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. TAX REFUND (u) | 0.00 | 4,715.00 | | 4,715.00 | 0.00 |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | Unknown |
| TOTALS (Excluding Unknown Values) | $533,400.00 | $4,715.00 | | $4,715.06 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 17.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-00815 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | Romag, Brandi L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******7886 Checking Account |
| Taxpayer ID No: | *******7463 | | | |
| For Period Ending: | 11/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 4,708.88 | | 4,708.88 |
| 10/05/12 | 010001 | ANDREW J MAXWELL ESQ<br>MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS STREET STE 3200<br>CHICAGO, IL 60603 | COMPENSATION - TRUSTEE<br>IN FULL AND FINAL DISTRIBUTION | 2100-000 | | 878.36 | 3,830.52 |
| 10/05/12 | 010002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>IN FULL AND FINAL DISTRIBUTION | 3110-000 | | 3,818.49 | 12.03 |
| 10/05/12 | 010003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM)<br>IN FULL AND FINAL DISTRIBUTION | 3110-000 | | 12.03 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,708.88 | 4,708.88 | 0.00 |
| Less: Bank Transfers/CD's | 4,708.88 | 0.00 | |
| Subtotal | 0.00 | 4,708.88 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,708.88 | |

Page Subtotals  4,708.88  4,708.88

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-00815 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | Romag, Brandi L. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5389 Money Market - Interest Bearing |
| Taxpayer ID No: | *******7463 | | |
| For Period Ending: | 11/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/11/12 | | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | 4,715.00 | | 4,715.00 |
| * 06/11/12 | | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | -4,715.00 | | 0.00 |
| 06/11/12 | | Dan Romag<br>204 N. MacArthur Blvd<br>Mount Prospect, IL 60056 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 4,715.00 | | 4,715.00 |
| 06/29/12 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 4,715.02 |
| 07/31/12 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 4,715.06 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.18 | 4,708.88 |
| 08/03/12 | | Transfer to Acct #*******5525 | Final Posting Transfer | 9999-000 | | 4,708.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,715.06 | 4,715.06 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,708.88 | |
| Subtotal | 4,715.06 | 6.18 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,715.06 | 6.18 | |

Page Subtotals  4,715.06  4,715.06

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 9)

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-00815 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | Romag, Brandi L. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5525 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7463 | | |
| For Period Ending: | 11/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/12 | | Transfer from Acct #*******5389 | Transfer In From MMA Account | 9999-000 | 4,708.88 | | 4,708.88 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 4,708.88 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,708.88 | 4,708.88 | 0.00 |
| Less: Bank Transfers/CD's | 4,708.88 | 4,708.88 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7886 | 0.00 | 4,708.88 | 0.00 |
| Money Market - Interest Bearing - ********5389 | 4,715.06 | 6.18 | 0.00 |
| Checking Account (Non-Interest Earn - ********5525 | 0.00 | 0.00 | 0.00 |
| | 4,715.06 | 4,715.06 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        4,708.88        4,708.88

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*